# EXHIBIT 2

# TRUE AND CORRECT COPY OF ORIGINAL

| | |
|---|---|
| **From:** | diego.fernandezarroyo dpfa-arb.com |
| **To:** | ica1; Garcia Cueto, Jose (Litigation-WAS); Delleur, Marie-Isabelle (L&DR-PAR); Diaz, Ignacio (L&DR-MAD); Bohl, Florencia (Litigation-WAS); Chiriboga Novillo, Hernan (Litigation-WAS); ~Left Firm 07/08/23 MSO De La Flor Puccinelli, Nicolás (Litigation-WAS); mayorgaip@pdvsa.com; rleyba@venezuelanattorneys.com; barraezms@gmail.com; galindoa@pdvsa.com; cjlitigios@pdvsa.com |
| **Cc:** | bruno.sousarodrigues@bsr-jus.com; Cristian Conejero Roos; franco.ferrari |
| **Subject:** | [EXT] RE: Caso CCI 24306/JPA/AJP |
| **Date:** | Tuesday, September 26, 2023 4:55:39 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Muchas gracias, querida Carla.

Un abrazo,

Diego

---

**De:** ica1 <ica1@iccwbo.org>
**Enviado:** martes, 26 de septiembre de 2023 12:31
**Para:** jose.garciacueto@cliffordchance.com <jose.garciacueto@cliffordchance.com>; Delleur, Marie-Isabelle (L&DR-PAR) <mi.delleur@cliffordchance.com>; ignacio.diaz@cliffordchance.com <ignacio.diaz@cliffordchance.com>; florencia.bohl@cliffordchance.com <florencia.bohl@cliffordchance.com>; hernan.chiriboganovillo@cliffordchance.com <hernan.chiriboganovillo@cliffordchance.com>; Nicolas.Delaflorpuccinelli@cliffordchance.com <Nicolas.Delaflorpuccinelli@cliffordchance.com>; mayorgaip@pdvsa.com <mayorgaip@pdvsa.com>; rleyba@venezuelanattorneys.com <rleyba@venezuelanattorneys.com>; barraezms@gmail.com <barraezms@gmail.com>; galindoa@pdvsa.com <galindoa@pdvsa.com>; cjlitigios@pdvsa.com <cjlitigios@pdvsa.com>
**Cc:** diego.fernandezarroyo dpfa-arb.com <diego.fernandezarroyo@dpfa-arb.com>; ica1 <ica1@iccwbo.org>; bruno.sousarodrigues@bsr-jus.com <bruno.sousarodrigues@bsr-jus.com>; Cristian Conejero Roos <cristian.conejero@cuatrecasas.com>; franco.ferrari <franco.ferrari@nyu.edu>
**Asunto:** RE: Caso CCI 24306/JPA/AJP

Estimados Señores, Estimadas Señoras,

En seguimiento a nuestra correspondencia *infra,* la Secretaría les informa que las Demandadas fueron notificadas del Laudo Final el **7 de septiembre de 2023.**

Saludos cordiales,
Carla Cervantes

**Carla Cervantes Escamilla**  |  Deputy Counsel  |  ICC International Court of Arbitration

   

33-43 avenue du Président Wilson, 75116 Paris, France  |  T +33 (0)1 49 53 28 04  |  carla.cervantes@iccwbo.org  |  www.iccwbo.org



**From:** ica1 <ica1@iccwbo.org>
**Sent:** Thursday, August 24, 2023 5:35 PM
**To:** diego.fernandezarroyo <diego.fernandezarroyo@dpfa-arb.com>; bruno.sousarodrigues@bsr-jus.com; Cristian Conejero Roos <cristian.conejero@cuatrecasas.com>; franco.ferrari <franco.ferrari@nyu.edu>; jose.garciacueto@cliffordchance.com; Delleur, Marie-Isabelle (L&DR-PAR) <mi.delleur@cliffordchance.com>; ignacio.diaz@cliffordchance.com; florencia.bohl@cliffordchance.com; hernan.chiriboganovillo@cliffordchance.com; Nicolas.Delaflorpuccinelli@cliffordchance.com
**Cc:** ica1 <ica1@iccwbo.org>
**Subject:** Caso CCI 24306/JPA/AJP

Estimadas Señoras, Estimados Señores:
Sírvanse encontrar correspondencia del día de hoy de parte de Amanda Jiménez Pintón y Carla Cervantes en el caso de la referencia.
Atentamente,

**Patricia ARIAS**  | Assistant  |  International Court of Arbitration

  

33-43 avenue du Président Wilson, 75116 Paris, France  |**T** +33 (0) 149 5329 15
|  [ica1@iccwbo.org](mailto:ica1@iccwbo.org) |  [www.iccwbo.org](http://www.iccwbo.org)


[View all upcoming ICC events](#)

# CERTIFIED TRANSLATION

| | |
|---|---|
| **From:** | Diego.FernandezArroyo dpfa-arb.com |
| **To:** | ICA1; García Cueto, José (Litigation-WAS); Delleur, Marie-Isabelle (L&DR-PAR); Diaz, Ignacio (L&DR-MAD); Bohl, Florence (Litigation-WAS); Chiriboga Novillo, Hernán (Litigation-WAS); ~Left Firm 07/08/23 MSO De La Flor Puccinelli, Nicolás (Litigation-WAS); mayorgaip@pdvsa.com; rleyba@venezuelanattorneys.com; barraezms@gmail.com; galindoa@pdvsa.com; cjlitigios@pdvsa.com |
| **Cc:** | bruno.sousarodrigues@bsr-jus.com; Cristian Conejero Roos; franco.ferrari |
| **Subject:** | [EXT] RE: ICC Case 24306/JPA/AJP |
| **Date:** | Tuesday, September 26, 2023 4:55:39 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Thank you very much, dear Carla.

Kind regards,

Diego

---

**From:** ica1 <ica1@iccwbo.org>
**Submitted:** Tuesday, September 26, 2023 12:31 PM
**To:** jose.garciacueto@cliffordchance.com <jose.garciacueto@cliffordchance.com>; Delleur, Marie-Isabelle (L&DR-PAR)  <mi.delleur@cliffordchance.com>; ignacio.diaz@cliffordchance.com <ignacio.diaz@cliffordchance.com>; florencia.bohl@cliffordchance.com <florencia.bohl@cliffordchance.com>; hernan.chiriboganovillo@cliffordchance.com <hernan.chiriboganovillo@cliffordchance.com>; Nicolas.Delaflorpuccinelli@cliffordchance.com <Nicolas.Delaflorpuccinelli@cliffordchance.com>; mayorgaip@pdvsa.com <mayorgaip@pdvsa.com>; rleyba@venezuelanattorneys.com <rleyba@venezuelanattorneys.com>; barraezms@gmail.com <barraezms@gmail.com>; galindoa@pdvsa.com <galindoa@pdvsa.com>; cjlitigios@pdvsa.com <cjlitigios@pdvsa.com>
**Cc:** diego.fernandezarroyo dpfa-arb.com <diego.fernandezarroyo@dpfa-arb.com>; I C A 1 <ica1@iccwbo.org>; bruno.sousarodrigues@bsr-jus.com <bruno.sousarodrigues@bsr-jus.com>; Cristian Conejero Roos <cristian.conejero@cuatrecasas.com>; franco.ferrari <franco.ferrari@nyu.edu>
**Subject:** RE: ICC Case 24306/JPA/AJP Dear

Dear Sirs, Dear Ladies,

Following up on our correspondence *below,* the Secretariat informs you that the Respondents were notified of the Final Award on **7 September 2023.**

Best regards,

Carla Cervantes

 

**Carla Cervantes Escamilla** - España | Deputy Counsel | ICC International Court of Arbitration
33-43 avenue du Président Wilson, 75116 Paris, France | T +33 (0)1 49 53 28 04 | carla.cervantes@iccwbo.org  | www.iccwbo.org



**From:** ica1 <ica1@iccwbo.org>
**Sent:** Thursday, August 24, 2023 5:35 PM
**To:** diego.fernandezarroyo <diego.fernandezarroyo@dpfa-arb.com>; bruno.sousarodrigues@bsr-jus.com; Cristian Conejero Roos <cristian.conejero@cuatrecasas.com>; franco.ferrari <franco.ferrari@nyu.edu>; jose.garciacueto@cliffordchance.com; Delleur, Marie-Isabelle (L&DR-PAR)  <mi.delleur@cliffordchance.com>; ignacio.diaz@cliffordchance.com; florencia.bohl@cliffordchance.com; hernan.chiriboganovillo@cliffordchance.com; Nicolas.Delaflorpuccinelli@cliffordchance.com
**Cc:** ICA1 <ica1@iccwbo.org>
**Subject:** ICC Case 24306/JPA/AJP

Dear Ladies, Dear Sirs,
Please find correspondence from Amanda Jiménez Pintón and Carla Cervantes in the case of reference.
Kind regards

**Patricia ARIAS** - España | Assistant | International Court of Arbitration



33-43 avenue du Président Wilson, 75116 Paris, France |**T** +33 (0) 149 5329 15 | ica1@iccwbo.org | www.iccwbo.org



View all upcoming ICC events

I María José Fernandez Marengo certify that I am fluent in both English and Spanish languages and that the document above is a complete translation of the attached document on this 11th day of the month of April of 2024. ----------------------------------------------------------------------------------------